APS, Appellant,

v.

**MINNESOTA DEPARTMENT OF LABOR; Office of Administrative Hearings, Appellees.**

No. 07–2850.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2008.

Filed: Jan. 14, 2009.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Appellant "APS" appeals the district court's [1] dismissal of his complaint brought under the Americans with Disabilities Act. Upon careful review, we affirm for the reasons explained by the district court. *See Carter v. Arkansas,* 392 F.3d 965, 968 (8th Cir.2004) (dismissal under Fed. R.Civ.P. 12(b)(6)); *Mangan v. Weinberger,* 848 F.2d 909, 911 (8th Cir.1988) (dismissal under Fed.R.Civ.P. 8(a)). Additionally,

the district court properly denied leave to further amend the complaint, also for the reasons explained by the court.

Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.